UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

COCONUT CREEK CP, LLC and YALLA MARKET, INC d/b/a YALLA,
    Defendants.

Case No.: 22-cv-61833-RS

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, COCONUT CREEK CP, LLC and YALLA MARKET, INC d/b/a YALLA, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Stanley D. Klett, Jr.
Stanley D. Klett, Jr.
   *Attorney for Defendants*
Jones Foster
4741 Military Trail, Suite 200
Jupiter, Florida 33458
(561) 650 8231
SKlett@jonesfoster.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

s/ Euyelit Adriana Kostencki
Euyelit Adriana Kostencki (FBN: 84507)
   *Attorney for Plaintiff*
EXORO LAW
101 NE 3rd Avenue, Suite 1500
Ft. Lauderdale, FL 33301
(954) 947-0050
akostencki@exorolaw.com